IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JAMES EDWARDS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE,<br><br>    Defendant / | No. C-05-0060 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE TIME; SETTING DEADLINE FOR PLAINTIFF TO SERVE DEFENDANT AND TO FILE PROOF OF SERVICE; NOTICE TO PLAINTIFF**<br><br>(Docket No. 3) |

    Before the Court is plaintiff Vincent James Edwards's motion to continue the initial case management conference.

    Having reviewed plaintiff's motion, the Court finds good cause to continue the conference. Accordingly, the initial case management conference is hereby CONTINUED from May 6, 2005 to July 8, 2005. The parties shall file a joint case management statement no later than July 1, 2005.

    Additionally, in light of the fact that plaintiff has not filed proof that he has served the summons and complaint on defendant United Parcel Service, the Court hereby ORDERS plaintiff to serve defendant with the summons and complaint, as well as a copy of this order, no later than May 27, 2005, and to file with the Clerk of the Court proof of such service no later than June 3, 2005.

    The Court hereby gives plaintiff notice that it will dismiss plaintiff's complaint, without

1  prejudice, in the event plaintiff does not timely effectuate service on defendant and/or has
2  not timely filed proof of such service.  <u>See</u> Fed. R. Civ. P. 4(m).
3     This order terminates Docket No. 3.
4     **IT IS SO ORDERED.**
5
6  Dated: April 27, 2005         /s/ Maxine M. Chesney
                                 MAXINE M. CHESNEY
7                                United States District Judge