IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JAMES EDWARDS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE,<br><br>    Defendant                     / | No. C-05-0060 MMC<br><br>**ORDER DIRECTING CLERK TO RETURN DOCUMENTS TO PLAINTIFF** |

On or about August 12, 2005, plaintiff submitted for filing Plaintiff's Initial Disclosures.

Rule 26(a)(1) of the Federal Rules of Civil Procedure requires parties to provide certain "initial disclosures" to other parties. See Fed. R. Civ. P. 26(a)(1). Such disclosures, as well as other discovery responses, however, are not to be filed with the Clerk of the Court. See Fed. R. Civ. P. 5(d).

Accordingly, the Court hereby directs the Clerk of the Court to return to plaintiff the Initial Disclosures.

**IT IS SO ORDERED.**

Dated: August 17, 2005

                                                        MAXINE M. CHESNEY
                                                        United States District Judge