1  Daniel Ray Bacon, Esq., State Bar # 103866
   Aaron S. Gorfein, Esq., State Bar # 183295
2  LAW OFFICES OF DANIEL RAY BACON
   234 Van Ness Avenue
3  San Francisco, California 94102-4515
   Telephone: (415) 864-0907
4  Facsimile: (415) 864-0989

5  Attorney for Plaintiff
   VINCENT EDWARDS
6

7                    UNITED STATES DISTRICT COURT
8
          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11  VINCENT EDWARDS,                 )   CASE NO. CO5 00060 MMC
                                     )
12                  Plaintiff,       )   PLAINTIFF'S SUBSTITUTION OF
                                     )   ATTORNEY AND ORDER THEREON
13            v.                     )
                                     )
14  UNITED PARCEL SERVICE, INC., an Ohip )
    Corporation,                     )
15                                   )
                    Defendant.       )
16  _____

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3   Plaintiff VINCENT EDWARDS having represented himself in pro per in the above-entitled
4   action (address: 1824 Lakeshore Avenue, Apartment 15, Oakland, CA 94606), hereby substitutes
5   THE LAW OFFICES OF DANIEL RAY BACON, 234 Van Ness Avenue, San Francisco, CA
6   94102-4515; Telephone: 415 864-0907 [email: bacondr@aol.com for all pacer notifications] as his
7   attorney in this action.
8
9   Dated: 1/04/06                                   _____
10                                                   VINCENT EDWARDS
11      The LAW OFFICES OF DANIEL RAY BACON, hereby accepts the above substitution.
12
                                                     LAW OFFICES OF DANIEL RAY BACON
13  Dated:
14                                                   _____
15                                                   DANIEL RAY BACON
                                                     ATTORNEY FOR PLAINTIFF
16                                                   VINCENT EDWARDS
17
18
19
20
21
22
    Dated: February 8, 2006                          IT IS SO ORDERED
23                                                   [signature]
24                                                   Judge Maxine M. Chesney
25
26
27
28  PLAINTIFF'S SUB. OF ATTORNEY
    CASE NO. C0 5 00060                    -1-