```
1   SANA SWE (SB# 173024)
    DANIEL E. WALDMAN (SB# 223034)
2   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
3   Twenty-Fourth Floor
    San Francisco, CA  94105-3441
4   Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
5
    Attorneys for Defendant
6   UNITED PARCEL SERVICE, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| VINCENT JAMES EDWARDS, | CASE NO. C05-00060 MMC |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND ORDER POSTPONING DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION** |
| vs. | |
| UNITED PARCEL SERVICE, an Ohio Corporation, | |
| Defendant. | |

Plaintiff Vincent James Edwards and defendant United Parcel Service, Inc. ("UPS"), acting through their respective counsel of record, hereby stipulate as follows:

On July 20, 2005, the Court ordered the parties to conduct Early Neutral Evaluation no later than November 30, 2005.  The parties and the ENE evaluator agreed that ENE would proceed on November 17, 2005.  Throughout October and November 2005, the parties engaged in lengthy settlement discussions.  During this time, the parties repeatedly postponed Plaintiff's deposition date while settlement discussions continued.  After the parties were unable to agree on settlement, and with the ENE date approaching, UPS conducted Plaintiff's deposition on November 14, 2005.  Then, upon stipulation of the parties, the Court ordered that the deadline for conducting the ENE session would be postponed until January 31, 2006.

1  On January 10, 2006, counsel for UPS received correspondence from attorney
2  Daniel Ray Bacon.  Mr. Bacon stated that he would be representing Mr. Edwards in this case.  Up
3  until then, Mr. Edwards did not have an attorney and had been representing himself.

4  On January 19, the parties met by telephone with Robin Siefkin of the Court's
5  ADR Unit.  During that call, the parties agreed that it would be difficult for the ENE to be
6  scheduled before the January 31 deadline, particularly in light of the fact that Mr. Edwards had
7  just obtained his attorney.  The parties agreed that they were amenable to proceeding with the
8  ENE during the week of February 20, provided that the ENE evaluator is available (the parties
9  intend to contact the evaluator regarding her availability within the next day).

10  Accordingly, Plaintiff Vincent Edwards and Defendant UPS hereby stipulate that
11  the Court postpone the deadline for conducting ENE until **March 15, 2006**.

DATED:  February 7, 2006          PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____/s/_____
             DANIEL E. WALDMAN

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED:  January 31, 2006          LAW OFFICES OF DANIEL RAY BACON


By:_____/s/_____
             DANIEL RAY BACON

Attorneys for Plaintiff
VINCENT JAMES EDWARDS

**Pursuant to stipulation, IT IS SO ORDERED.**


DATED: February 8, 2006          By: _____
                                      THE HONORABLE MAXINE M. CHESNEY