```
 1  M. KIRBY C. WILCOX (SB# 78576)
    SANA SWE (SB# 173024)
 2  DANIEL E. WALDMAN (SB# 223034)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 3  55 Second Street
    Twenty-Fourth Floor
 4  San Francisco, CA 94105-3441
    Telephone: (415) 856-7000
 5  Facsimile: (415) 856-7100

 6  Attorneys for Defendant
    UNITED PARCEL SERVICE, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JAMES EDWARDS,<br><br>            Plaintiff,<br><br>       vs.<br><br>UNITED PARCEL SERVICE, an Ohio Corporation,<br><br>            Defendant. | CASE NO. C05-00060 MMC<br><br>THIRD STIPULATION AND [PROPOSED] ORDER POSTPONING DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION |

Plaintiff Vincent James Edwards and defendant United Parcel Service, Inc. ("UPS"), acting through their respective counsel of record, hereby stipulate as follows:

On July 20, 2005, the Court ordered the parties to conduct Early Neutral Evaluation no later than November 30, 2005. The parties and the ENE evaluator agreed that ENE would proceed on November 17, 2005. Throughout October and November 2005, the parties engaged in lengthy settlement discussions. During this time, the parties repeatedly postponed Plaintiff's deposition date while settlement discussions continued. After the parties were unable to agree on settlement, and with the ENE date approaching, UPS conducted Plaintiff's deposition on November 14, 2005. Then, upon stipulation of the parties, the Court ordered that the deadline for conducting the ENE session would be postponed until January 31, 2006.

Case No. C05-00060 - MMC

THIRD STIPULATION AND ORDER
POSTPONING ENE DEADLINE

On January 10, 2006, counsel for UPS received correspondence from attorney Daniel Ray Bacon. Mr. Bacon stated that he would be representing Mr. Edwards in this case. Up until then, Mr. Edwards did not have an attorney and had been representing himself.

On January 19, the parties met by telephone with Robin Siefkin of the Court's ADR Unit. During that call, the parties agreed that it would be difficult for the ENE to be scheduled before the January 31 deadline, particularly in light of the fact that Mr. Edwards had just obtained his attorney. Accordingly, upon the stipulation of the parties, on February 8, 2006, the Court extended the deadline for conducting ENE to March 15, 2006.

The parties continued to work with each other and the evaluator to re-schedule the ENE. On March 1, 2006, the parties and the evaluator concluded that the earliest date that the ENE could take place was March 22, 2006. The parties agreed to proceed with on that date.

For this reason, Plaintiff Vincent Edwards and Defendant UPS hereby stipulate that the Court postpone the deadline for conducting ENE until **March 31, 2006**.

DATED: March 2, 2006        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Daniel E. Waldman
DANIEL E. WALDMAN

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: March 1, 2006        LAW OFFICES OF DANIEL RAY BACON

By: /s/ Daniel Ray Bacon
DANIEL RAY BACON

Attorneys for Plaintiff
VINCENT JAMES EDWARDS

Pursuant to stipulation, IT IS SO ORDERED

DATED: March 3, 2006   By: /s/ Maxine M. Chesney
THE HONORABLE MAXINE M. CHESNEY

LEGAL_US_W # 53306922.1

Case No. C05-00060 MMC                -2-                THIRD STIPULATION AND ORDER
                                                         POSTPONING ENE DEADLINE